David Seror  
Trustee in Bankruptcy  
21650 Oxnard Street, Filed64  
Woodland Hills, CA 91367  
Telephone: (818) 827-9000  

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: <br><br> TAYLOR, MICHAEL FRANKLIN <br><br> Debtor | Chapter 7 <br> Case No: 1: 13-BK-14772 MB <br><br> NOTICE OF UNCLAIMED FUNDS <br> (UNDER F.R.B.P. 3011) <br><br> [NO HEARING REQUIRED] |

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached hereto check(s) No. 126 in the sum of $ 10,810.29 representing the total amount of unclaimed dividend(s) in the above-entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividend(s) is (are) as follows:

| Claim No | Name & Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| SURPLUS | MICHAEL FRANKLIN TAYLOR <br> 462 AZELEA ST. THOUSAND OAKS, CA 91360 | SURPLUS | $10,810.29 |

Date: January 14, 2019               /s/ DAVID SEROR  
                                     Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document entitled: **NOTICE OF UNCLAIMED FUNDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 14, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kevin T Simon:** kevin@ktsimonlaw.com
**Gregory L Young, Filec:** gyoung@haneyyoung.com
**Katherine Bunker:** kate.bunker@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **January 14, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael Franklin Taylor
462 Azelea St.
Thousand Oaks, CA 91360

Clerk of The Court
United States Bankruptcy Court
21041 Burbank Blvd., Bin on First Floor
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 14, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY PERSONAL DELIVERY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2019 | ALDO QUIJANO | /s/ Aldo Quijano |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**